# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KABUKI RESTAURANTS, INC., a
California corporation,

          Plaintiffs,

      vs.

CHASE PAYMENTECH
SOLUTIONS, LLC, a Delaware
limited liability company; and DOES 1
through 10,

       Defendants.

CASE NO. 2:10-cv-04450-JHN-JC

**JUDGMENT OF DISMISSAL**

Following the Court's August 26, 2010 entry of an Order granting in part
and denying in part the Motion of Defendant Paymentech, LLC ("Paymentech,"
incorrectly captioned as Chase Paymentech Solutions, LLC) to Dismiss or Stay
Pending Arbitration or for Transfer, IT IS HEREBY ORDERED that the case be
dismissed for improper venue.

Date:  August 31, 2010

_____
Hon. Jacqueline H. Nguyen
United States District Court Judge